Oliver Wendell BEAIRD, Petitioner/Respondent,

v.

Yvonne BEAIRD, a/k/a Yvonne Akers, Respondents/Respondent,

and

Larry Jake Ellis, and Jeff Greco, and Perry Bridges, and Mike Floyd Dodgion, Third Party Respondents/Respondents,

and

Judith Duff, Third Party Respondent/Appellant.

No. ED 81148.

Missouri Court of Appeals, Eastern District, Division Five.

June 17, 2003.

Barbara Kemery, St. Louis, MO, for appellant.

Frances M. Weir, St. Charles, MO, for respondent.

Before LAWRENCE E. MOONEY, C.J., LAWRENCE G. CRAHAN, J., and ROBERT E. CRIST, Sr.J.

### ORDER

PER CURIAM.

Judith Duff appeals the judgment awarding Oliver Wendell Beaird sole legal custody and primary physical care, custody and control of his minor child. We have reviewed the briefs of the parties and the record on appeal and find no error of law. An extended opinion would serve no jurisprudential purpose. We have, however, provided the parties a memorandum opinion setting forth the reasons for our decision. We affirm the judgment pursuant to Rule 84.16(b).